RANDALL L.K.M. ROSENBERG  #4847-0
CHARLES E. McKAY  #3512-0
MOANA A. YOST  #7738-0

ROSENBERG & McKAY
733 Bishop Street
2070 Makai Tower, Pacific Guardian Center
Honolulu, HI  96813
Telephone No.:  (808) 536-4270
Facsimile No.: (808) 533-0434
E-Mail:  grmlaw@hawaii.rr.com

Attorneys for Defendants
David J. Lujan, Anna B. Lujan and
INOKO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STACY MONIZ, <br><br>          Plaintiff, <br><br>     vs. <br><br> DAVID J. LUJAN; ANNA B. LUJAN; INOKO LLC, a Hawaii limited liability company and DOE DEFENDANTS 1-20, <br><br>          Defendants. | CIVIL NO.:   14 CV 00465 DKW-RLP <br><br> DEFENDANTS DAVID J. LUJAN, ANNA B. LUJAN AND INOKO LLC'S INITIAL DISCLOSURES; CERTIFICATE OF DISCLOSURE; CERTIFICATE OF SERVICE |

DEFENDANTS DAVID J. LUJAN, ANNA B. LUJAN AND
INOKO LLC'S INITIAL DISCLOSURES

Come now Defendants David J. Lujan, Anna B. Lujan, and Inoko LLC, by

and through their attorneys, Rosenberg & McKay, and pursuant to Rule 26(a)(1) of

the Federal Rules of Civil Procedure, hereby submit their Initial Disclosures.

I.      KNOWN WITNESSES

1.      David J. Lujan, c/o Rosenberg & McKay, 733 Bishop Street, Suite 2070 Makai Tower, Pacific Guardian Center, Honolulu, Hawaii  96813;

2.      Anna B. Lujan, c/o Rosenberg & McKay, 733 Bishop Street, Suite 2070 Makai Tower, Pacific Guardian Center, Honolulu, Hawaii  96813;

3.      Stacy Moniz, 47-563 Hua Place, Kaneohe, Hawaii  96744;

4.      Bonny Moniz, 47-563 Hua Place, Kaneohe, Hawaii  96744;

5.      Barry Isreal; 12 6 Khoi Ngia Bac Son, Villa A-1 Ward 10, Dalat City, Lam Dong Province VN.

6.      Doron Weinberg, 523 Octavia Street, San Francisco, CA  94102.

Defendants reserve the right to amend and/or supplement this list throughout the course of litigation and discovery.  Defendants reserve the right to call any witnesses listed by Plaintiff, to call custodians of records as necessary, and to call witnesses in rebuttal.

II.     EXHIBITS

a.      Correspondence from and to Plaintiff;

b.      Plaintiff's Invoices;

c.      Receipts/payments to Plaintiff.

Discovery is ongoing.  Defendants reserve the right to amend and/or supplement this list throughout the course of discovery, to introduce exhibits listed

by Plaintiff, and to introduce exhibits for impeachment and rebuttal.

DATED:  Honolulu, Hawaii, January 2, 2015.

                                        /s/ Randall L.K.M. Rosenberg
                                        RANDALL L.K.M. ROSENBERG

                                        Attorneys for Defendants
                                        David J. Lujan, Anna B. Lujan and
                                        INOKO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STACY MONIZ, | CIVIL NO.:   14 CV 00465 DKW-RLP |
| Plaintiff, | |
| | CERTIFICATE OF DISCLOSURE |
| vs. | |
| DAVID J. LUJAN; ANNA B. LUJAN; INOKO LLC, a Hawaii limited liability company and DOE DEFENDANTS 1-20, | |
| Defendants. | |

CERTIFICATE OF DISCLOSURE

Pursuant to Rule 26(g) of the Federal Rules of Civil Procedure, I hereby certify that, to the best of my knowledge, information and belief formed after a reasonable inquiry, this disclosure is complete and correct as of the time it is made.

DATED:  Honolulu, Hawaii, January 2, 2015.

/s/ Randall L.K.M. Rosenberg
RANDALL L.K.M. ROSENBERG
Rosenberg & McKay
grmlaw@hawaii.rr.com
(808) 536-4270

Attorney for Defendants
David J. Lujan, Anna B. Lujan and
INOKO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STACY MONIZ | ) | CIVIL NO.:  14 CV 00465 DKW-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| DAVID J. LUJAN; ANNA B. LUJAN; INOKO LLC, a Hawaii limited liability company and DOE DEFENDANTS 1-20, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing upon filing shall be duly served on the following individual(s) on January 2, 2015 via U.S. Mail at his last known address listed below:

Stacy Moniz
47-563 Hua Place
Kaneohe, Hawaii  96744

Plaintiff *Pro Se*

DATED:  Honolulu, Hawaii, January 2, 2015.

/s/ Randall L.K.M. Rosenberg
RANDALL L.K.M. ROSENBERG

Attorneys for Defendants
David J. Lujan, Anna B. Lujan and
INOKO LLC

5