STACY MONIZ
47-563 Hua Place
Kaneohe, HI  96744
Telephone No.:  (808) 258-7448
E-Mail:  stacymoniz@msn.com

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STACY MONIZ, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>DAVID J. LUJAN; ANNA B. LUJAN; INOKO LLC, a Hawaii limited liability company and DOE DEFENDANTS 1-20, <br><br>　　　　Defendants. | CIVIL NO.:   14 CV 00465 DKW-RLP <br><br>FIRST STIPULATION TO EXTEND TIME FOR PLAINTIFF'S REPY TO  DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND |

FIRST STIPULATION TO EXTEND TIME FOR PLAINTIFF'S  REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

　　　　IT IS HEREBY STIPULATED and agreed, by and between Plaintiff STACY MONIZ, *pro se*, and Defendants DAVID J. LUJAN. ANNA B. LUJAN, and INOKO LLC, through their attorney, pursuant to Rules 6.2 and 10.4 of the Local Rules of the United States District Court, as follows:

　　　　1.　　Plaintiff Stacy Moniz filed a Motion to Remand on January 8, 2015.

2. Defendants' filed their Opposition on or about March 6, 2015.

3. Pursuant to Local Rule 7.2(d), the Court elected to decide Plaintiff's Motion to Remand without a hearing.

4. Plaintiff, due to personal matters and scheduling conflicts, requires additional time to file his Reply.

5. Pursuant to Local Rule 7.4, Plaintiff's Reply is currently due on March 20, 2015.

6. The parties agree to extend Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand by 7 days, with a due date on or before March 27, 2015.

7. There have been no previous extensions of time for the Reply.

DATED:  HONOLULU, HAWAII, March 17, 2015.

/s/ STACY MONIZ
STACY MONIZ
*Pro Se*

DATED:  HONOLULU, HAWAII, March 17, 2015.

/s/ Randall L.K.M. Rosenberg
RANDALL L.K.M. ROSENBERG

Attorney for Defendants
DAVID J. LUJAN, ANNA B. LUJAN,
and INOKO LLC

APPROVED AND SO ORDERED.

DATED AT HONOLULU, HAWAII, MARCH 19, 2015.



_____
Richard L. Puglisi
United States Magistrate Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STACY MONIZ v. DAVID J. LUJAN; ANNA B. LUJAN; INOKO LLC; CIVIL NO.: CV 14 00465 DKW-RLP; FIRST STIPULATION TO EXTEND TIME FOR PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND